# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Omar Rick Williams, SR <br> *Plaintiff* <br> v. <br> Steve Duncan, Carol Scott, Ms. Macon, Ms. Gaylord <br> *Defendant(s)* | Civil Action No.    9:20-cv-03690-HMH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Plaintiff, Omar Rick Williams, SR, shall take nothing of Defendants, Steve Duncan, Carol Scott, Ms. Macon and Ms. Gaylord, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong, Jr, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H. Cherry, United States Magistrate Judge.

Date:  July 12, 2021                                                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                 s/C. Pegram-Conner
                                                                                                       *Signature of Clerk or Deputy Clerk*